No. 75–321. R. L. SWEET LUMBER CO. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 10th Cir. Certiorari denied.

No. 75–447. CITY OF CLEVELAND *v.* PUBLIC UTILITIES COMMISSION OF OHIO ET AL. Sup. Ct. Ohio. Certiorari denied.

No. 75–459. GOODYEAR TIRE & RUBBER CO. *v.* LOCAL UNION No. 200, UNITED RUBBER, CORK, LINOLEUM & PLASTIC WORKERS OF AMERICA. Sup. Ct. Ohio. Certiorari denied.

No. 75–462. NATIONAL CAR RENTAL SYSTEM, INC. *v.* BETTER MONKEY GRIP CO. ET AL. C. A. 5th Cir. Certiorari denied.

No. 75–473. HAHN ET UX. *v.* HAHN. Ct. App. Ohio, Franklin County. Certiorari denied.

No. 75–474. STATE BOARD OF ELECTIONS OF ILLINOIS ET AL. *v.* COMMUNIST PARTY OF ILLINOIS ET AL. C. A. 7th Cir. Certiorari denied.

No. 75–476. CARR ET AL. *v.* MONTGOMERY COUNTY BOARD OF EDUCATION ET AL. C. A. 5th Cir. Certiorari denied.

No. 75–480. NATIONAL EDUCATIONAL ADVERTISING SERVICES, INC. *v.* CASS STUDENT ADVERTISING, INC. C. A. 7th Cir. Certiorari denied.

No. 75–486. GROH *v.* WISCONSIN. Sup. Ct. Wis. Certiorari denied.